UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-00828-CJC(MLGx) | Date | August 23, 2012 |
| Title | The Prudential Insurance Company of America v. Karen S. Balling, et al | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND NOT COMPLYING WITH THE COURT'S ORDERS

    Plaintiff filed this action on June 1, 2011.  On January 4, 2012, the Court granted Plaintiff's motion to interplead and dismiss Plaintiff with prejudice.  On August 5, 2012, this Court issued an Order to show cause why the case should not be dismissed for failure to prosecute against Defendants.  Defendants have failed to respond to the Court's Order to show cause.

    Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

    : 0

Initials of Preparer   mu